# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**BRANDON HENRY,**

    Plaintiff,

v.

**LOWNDES COUNTY JAIL, OFFICER WARNOCK, and OFFICER CROFT,**

    Defendants.

Civil Action 7:12-CV-54 (HL)

## ORDER

This case is before the Court on a Recommendation (Doc. 13) from United States Magistrate Judge Thomas Q. Langstaff entered on June 27, 2012. Judge Langstaff recommends that the Lowndes County Jail be dismissed as a defendant.

Plaintiff has not filed an objection to the Recommendation. The Court has reviewed the Recommendation for clear error and finds no error. The Recommendation is accepted and adopted. The Lowndes County Jail is dismissed as a defendant. The case will proceed against Defendants Warnock and Croft.

**SO ORDERED**, this the 27th day of July, 2012.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh