IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

BRANDON HENRY,

    Plaintiff,

v.

SCOTT WARNOCK and
ERIC CROFT,[1]

    Defendants.

Civil Action No. 7:12-CV-54(HL)

ORDER

This case is before the Court on Defendant's Motion to Continue (Doc. 40) and Plaintiff's Motion for Discovery (Doc. 44).

**1.  Plaintiff's Motion for Discovery (Doc. 44)**

Plaintiff seeks an order from the Court directing Defendants to produce any audio or video recordings related to the alleged incident that occurred on March 8, 2012. Plaintiff previously requested these materials from Defendants in discovery and Defendants stated in October of 2012 they were unaware of any such recordings. Counsel for Defendants stated at that time that he would produce any recordings in the event any were discovered.

In response to Plaintiff's motion, defense counsel states that he has located video of Plaintiff being escorted by Defendants on the date of the subject incident. Counsel does not state when he discovered the video, but it has not been produced to Plaintiff, even though it was requested in discovery. Defense counsel states that he will produce the

---

[1] The Clerk of Court is directed to amend the docket to reflect the Defendants' proper names.

video recording at the trial of the case, but that is not appropriate or acceptable procedure. The video recording should have been produced to Plaintiff upon its discovery by counsel. The Motion for Discovery is granted. A copy of the recording must be produced to Plaintiff no later than February 28, 2013.

Discovery in this case is otherwise closed. The Court will not entertain any additional discovery motions absent some exigent circumstances.

**2.     Defendants' Motion to Continue (Doc. 40)**

Counsel for Defendant has requested that this case be continued from the April trial term because of a personal conflict. The Motion to Continue is granted. The case will be reset for the July 2013 trial term. The pretrial conference currently set for March 19 is cancelled.

**3.     Trial Brief**

It has come to the Court's attention that the order directing Plaintiff to file his trial brief was returned as undeliverable. The order was sent to Plaintiff at his current facility, the Georgia Diagnostic and Classification Prison, but the prison for some unknown reason forwarded the order to Lowndes County Jail. In light of the continuance, the Court will issue a new order concerning the trial brief.

**SO ORDERED**, this the 25th day of February, 2013.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh