# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**BRANDON HENRY,**

    Plaintiff,

v.

**SCOTT WARNOCK and ERIC CROFT,**

    Defendants.

Civil Action No. 7:12-CV-54(HL)

## ORDER

Plaintiff is directed to notify the Court in writing no later than April 24, 2013 as to whether he has received a copy of the Lowndes County Jail DVD recording sent to Plaintiff on February 26 and March 26, 2013 by counsel for Defendants.

**SO ORDERED**, this the 4th day of April, 2013.

                         *s/Hugh Lawson*
                         **HUGH LAWSON, SENIOR JUDGE**

mbh