# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **BRANDON HENRY,**<br><br>Plaintiff,<br><br>v.<br><br>**SCOTT WARNOCK and ERIC CROFT,**<br><br>Defendants. | Civil Action No. 7:12-CV-54(HL) |

## ORDER

Plaintiff is directed to notify the Court in writing no later than April 24, 2013 as to whether he has received a copy of the Lowndes County Jail DVD recording sent to Plaintiff on February 26 and March 26, 2013 by counsel for Defendants.

**SO ORDERED**, this the 4th day of April, 2013.

*s/Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh