# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **BRANDON HENRY,**<br><br>　　　　Plaintiff,<br><br>v.<br><br>**SCOTT WARNOCK and ERIC CROFT,**<br><br>　　　　Defendants. | Civil Action No. 7:12-CV-54(HL) |

## ORDER

This Order amends the pretrial order entered on February 28, 2013. This case is now scheduled for jury selection beginning at 9:00 a.m. on Monday, July 29, 2013, in Valdosta. The parties are notified that this trial term will be a split term, with the first week starting on July 29 and the second week starting on August 26. The parties should come prepared to try the case on July 29, but depending on the Court's calendar, there is a possibility that the case may not be tried until August 26.

The pretrial conference will be held on Thursday, July 18, 2013 at 9:30 a.m., in Valdosta, Georgia. Trial briefs are due on or before the close of business on June 26, 2013. All other provisions contained in the February 28 order remain in full force and effect.

**SO ORDERED**, this the 10th day of June, 2013.

　　　　　　　　　　　　　　　　　*s/Hugh Lawson*
mbh　　　　　　　　　　　　　　**HUGH LAWSON, SENIOR JUDGE**